IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| JOSEPH M. MILBURN, SR. | * | |
| | * | |
| | * | |
| v. | * | Civil No. – JFM-12-53 |
| | * | |
| UNITED STATES POSTAL SERVICE | * | |
| | ****** | |

## MEMORANDUM

Plaintiff has brought this action against the United States Postal Service for injuries he claims he suffered from an automobile accident involving plaintiff and a U.S. Postal Carrier truck. Defendant has filed a motion to dismiss on the ground that plaintiff failed to present an administrative claim within two years after his claim accrued for a sum certain.

Defendant's motion will be granted. The record establishes that plaintiff did file an administrative claim with the United States Postal Service but that the claim was not for a sum certain. The apparent reason that plaintiff did not make a claim for a sum certain was because at the time the claim was made plaintiff was receiving on-going treatment and the amount of his medical bills was not yet finalized. Under Fourth Circuit law, however, it is clear that this fact does not excuse a claimant from filing an administrative claim for a sum certain under the Federal Tort Claims Act. *See Kokotis v. United States*, 223 F.3d 275, 279 (4th Cir. 2000).

A separate order granting defendant's motion and dismissing this action for a lack of subject matter jurisdiction is being entered herewith.

Date: April 12, 2012                   ___/s/_____
                                        J. Frederick Motz
                                        United States District Judge